No. 555. GROSJEAN, SUPERVISOR OF PUBLIC ACCOUNTS OF LOUISIANA, ET AL. *v.* TEXAS COMPANY. Appeal from the District Court of the United States for the Eastern District of Louisiana. Argued March 5, 6, 1936. Decided March 9, 1936. *Per Curiam:* The decree granting an interlocutory injunction is affirmed. *Alabama* v. *United States,* 279 U. S. 229, 231; *United Gas Co.* v. *Public Service Comm'n,* 278 U. S. 322, 326, 327; *Langer* v. *Grandin Farmers Coöperative Elevator Co.,* 292 U. S. 605; *Baldwin, Commissioner,* v. *G. A. F. Seelig, Inc.,* 293 U. S. 522. *Messrs. Justin C. Daspit* and *E. L. Richardson,* with

whom *Mr. Gaston L. Porterie,* Attorney General of Louisiana, and *Mr. F. A. Blanche* were on the brief, for appellants. *Mr. Roberts C. Milling,* with whom *Messrs. Charles H. Blish* and *Wm. K. Hall* were on the brief, for appellee.